UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------X
:
UTICA MUTUAL INSURANCE COMPANY, :
:
Plaintiff, :
:
v. : No. 6:13-CV-995 (DNH/ATB)
:
CENTURY INDEMNITY COMPANY, :
:
Defendant. :
:
----------------------------------------X

## ORDER

Upon consideration of Utica Mutual Insurance Company's motion to seal, Utica's motion is granted.

The Court orders that the Clerk of the Court seal the portions of the Utica's reply filings referencing the material the Court sealed in its May 2, 2017 and May 23, 2017 orders granting the parties' prior motions to seal portions of their filings for dispositive motions.

Dated: June 28, 2017, 2017

David N. Hurd
United States District Judge

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 28 2017
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Utica